**Schedule A**

| | |
|---|---|
| 1 | Bacco, Connie |
| 2 | Baird, Charlene |
| 3 | Baird, Ruth |
| 4 | Baumgardner, Casandra |
| 5 | Berger, Mariah |
| 6 | Berninger, Brigid |
| 7 | Bingaman, Margaret |
| 8 | Boring, Dawn |
| 9 | Brown, Abigail |
| 10 | Carlson, Mary |
| 11 | Carnahan, Ann |
| 12 | Conway, Brianna |
| 13 | Costa, Toni |
| 14 | Deery, Savannah |
| 15 | Deliman, Lori |
| 16 | Dolges, Misty |
| 17 | Ebberts, Mathew |
| 18 | Ellis, Love |
| 19 | Flickinger, Kathryn |
| 20 | Fraicola, Gaige |
| 21 | Garland, Jana |
| 22 | Geisey, Melina |
| 23 | Grindle, Angela |
| 24 | Grote. Tanya |
| 25 | Guy, Tawnee |
| 26 | Harhai, Joyce |
| 27 | Heimerle, Eric |
| 28 | Herrholtz, Lisa |
| 29 | Hoch, Anna |
| 30 | Horrell, Charisse |
| 31 | Houck, Amber |
| 32 | Houck, Katelin |
| 33 | Hudec, Donna |
| 34 | Hudec, Jenna |
| 35 | Hughes, Judith |
| 36 | Huskey, Cheryl |
| 37 | Johnson, Janet |

| | | |
|---|---|---|
| 38 | Jones, Corey | |
| 39 | Jones, Heather | |
| 40 | Kern, Artigail | |
| 41 | Kimes, Daphne | |
| 42 | Kirkland, Ashley | |
| 43 | Klotz, Paula | |
| 44 | Kradle, Gina | |
| 45 | Leighty, Carrell | |
| 46 | Livingston, Hali | |
| 47 | Livingston. Jennifer | |
| 48 | Long, Autumn | |
| 49 | Luciani, Carla | |
| 50 | Ludvic, Kaylan | |
| 51 | Machak, Joelle | |
| 52 | Maniccla, Elizabeth | |
| 53 | Mariotti, Angela | |
| 54 | Marsh, Bailey | |
| 55 | Martin, Maria | |
| 56 | Matson, Jenae | |
| 57 | McDowell, Fauna | |
| 58 | McGeary, Sue | |
| 59 | Meketa, Ginger | |
| 60 | Minerd, Sue | |
| 61 | Neiderhiser, Shyanne | |
| 62 | Olzak, Stacey | |
| 63 | Parrish, Philomena | |
| 64 | Pechart, Samantha | |
| 65 | Penrose, Debrah | |
| 66 | Platt, Tyler | |
| 67 | Pollock, Tai | |
| 68 | Rigda-Farrier, Amy | |
| 69 | Riggs, Abagail | |
| 70 | Roberto, Tonia | |
| 71 | Robertson, Kristina | |
| 72 | Rowe, Judy | |
| 73 | Saylor, Roberta | |
| 74 | Shaffer, Janet | |
| 75 | Shawley, Jessica | |
| 76 | Sisticki, Barbara | |

| | | |
|---|---|---|
| 77 | Sistiki, Carol |
| 78 | Slater, Elizabeth |
| 79 | Smith, Amanda |
| 80 | Smith, Heidi |
| 81 | Snyder, Diane |
| 82 | Solich, Elizabeth |
| 83 | Starry, Linda |
| 84 | Steele, Timothy |
| 85 | Sullenberger, Holly |
| 86 | Troy, Joshua |
| 87 | Uadiski, Tricia |
| 88 | Underwood, Cheryl |
| 89 | Vereb, Randy |
| 90 | Wagner, Jennifer |
| 91 | Wagstaff, John |
| 92 | Wakefield, Carol |
| 93 | Walbeck, Karrie |
| 94 | Ware, Megan |
| 95 | Williams, Kimberly |
| 96 | Yokopenic, Stephanie |
| 97 | Zepp, Rhonda |